SCHWARTZ, Senior Judge.
 

 The petitioner’s position in this case is directly contrary to
 
 Florida Hospital Waterman, Inc. v. Buster,
 
 984 So.2d 478 (Fla.2008), and each of the other District Courts of Appeal. See
 
 West Fla. Reg’l Med. Ctr., Inc. v. See,
 
 18 So.3d 676 (Fla. 1st DCA 2009);
 
 Lakeland Reg’l Med. Ctr. v. Neely,
 
 8 So.3d 1268 (Fla. 2d DCA 2009);
 
 Columbia Hosp. Corp. of S. Broward v. Fain,
 
 16 So.3d 236 (Fla. 4th DCA 2009);
 
 Fla. Eye Clinic, P.A. v. Gmach,
 
 14 So.3d 1044 (Fla. 5th DCA 2009).
 

 Even if we were inclined, which we are not, we do not have the authority to rule otherwise.
 
 Hoffman v. Jones,
 
 280 So.2d 431 (Fla.1973). The petitioner’s suggestion that we might do so is insulting and frivolous.
 

 Certiorari denied.